George H. BEASON, Plaintiff-Appellee,

v.

BROCK AND BLEVINS, INC., Defendant-Appellant.

No. 73-3803

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 24, 1974.

Charles E. Sharp, Birmingham, Ala., for defendant-appellant.

George C. Longshore, Birmingham, Ala., for plaintiff-appellee.

Before BROWN, Chief Judge, and THORNBERRY and AINSWORTH, Circuit Judges.

PER CURIAM:

We find no abuse of discretion by the trial court in permitting counsel for plaintiff to make a "unit of time" argument in the final portion of his closing argument. All of the protective features

required by Baron Tube Co. v. Transport Insurance Co., 5 Cir., 1966, 365 F. 2d 858 (en banc), were employed.

Affirmed.